UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MILLER, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

- against -

DAVIS & LANGDALE COMPANY, INC.,

          Defendant.

22-cv-1142 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs filed an affidavit of service indicating that the plaintiffs served the defendant at the Office of the Secretary of State of the State of New York. ECF No. 6. The defendant's response to the plaintiffs' complaint was due by March 15, 2022. The time for the defendant to respond to the plaintiffs' complaint is extended to May 20, 2022. If the defendant fails to respond to the plaintiffs' complaint by that date, the plaintiffs may seek a default judgment.

    The plaintiffs are directed to mail a copy of this Order, the summons, and the complaint to the last known address of the defendant and to file proof of service on the docket.

    The conference scheduled for May 10, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           May 4, 2022

                                              John G. Koeltl
                                      United States District Judge